[No. 31861-6-I.    Division One.    June 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LOUIS UPCHURCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03899-1, Joan E. DuBuque, J., entered December 7, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 30792-4-I.    Division One.    June 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY FELLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-07332-1, Robert S. Lasnik, J., entered May 26, 1992. *Affirmed* by unpublished per curiam opinion.

[Nos. 12841-5-III; 12842-3-III.    Division Three.    June 7, 1994.]

*In the Matter of the Personal Restraint of* REGINA L. GAMET, *Petitioner*.

*In the Matter of the Personal Restraint of* STEPHEN AULT, *Petitioner*.

Petitions for relief from personal restraint.No. 12841-5, *dismissed*, No. 12842-3, *transferred to Superior Court* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.